IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Action No. 20-cr-00266-CMA-GPG-04

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4. IVAN MARTINEZ,

    Defendant.

**ORDER ADOPTING AND AFFIRMING OCTOBER 26, 2021 RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

This matter is before the Court on the Recommendation of Magistrate Judge Gallagher (Doc. # 221).  The Court notes that pursuant to the terms of the written plea agreement, Defendant entered a plea of guilty to Count One of the Information charging a violation of 21 U.S.C. § 846, conspiracy to possess with the intent to distribute a mixture and substance containing a detectable amount of marijuana, a Schedule 1 controlled substance.  The Court also notes that Defendant consented to Magistrate Judge Gallagher advising him with regard to his Constitutional rights and his rights pursuant to Rule 11 of the Federal Rules of Criminal Procedure. Magistrate Judge Gallagher conducted the Rule 11 hearing on October 26, 2021, at which time he appropriately advised the Defendant of his rights and made inquiry as to the Defendant's understanding of the charges, the terms of the plea agreement, the

voluntariness of his plea, and of the consequences of pleading guilty. Based on that hearing Magistrate Judge Gallagher recommended that the District Court Judge accept Defendant's plea of guilty to Count One of the Information.

Neither the Defendant nor the Government has filed any objections to the Magistrate Judge's Recommendation; therefore, it is ORDERED THAT:

1. Court Exhibits 1 and 2 are accepted and admitted.

2. The plea as made in open court on October 26, 2021 is accepted and the Defendant is adjudged guilty of violation of 21 U.S.C. § 846.

DATED: November 16, 2021

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge